UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERALD MEDIA HOLDINGS, INC. and THE BOSTON HERALD, INC.<br>  Plaintiffs,<br><br>  v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY f/k/a DARWIN SELECT INSURANCE COMPANY,<br>  Defendant. | Case No. 1:15-cv-13655-WGY |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Herald Media Holdings, Inc. and Boston Herald, Inc. and Defendant Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action, and all claims filed, served or asserted therein, are hereby dismissed with prejudice.  The parties further stipulate and agree that each party shall bear its own attorneys fees and costs, and each party expressly waives any right of appeal.

[signatures on following page]

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HERALD MEDIA HOLDINGS, AND BOSTON HERALD, INC., | ALLIED WORLD SURPLUS LINES INSURANCE COMPANY f/k/a DARWIN SELECT INSURANCE COMPANY, |
| By their attorneys, | By its attorneys, |
| /s/ Dennis N. D'Angelo | /s/ R. Victoria Fuller |
| Robert J. Gilbert (BBO No. 565466) | Craig E. Stewart (BBO # 480440) |
| Dennis N. D'Angelo (BBO No. 666864) | R. Victoria Fuller (BBO #666494) |
| GILBERT & RENTON LLC | WHITE ANDWILLIAMS LLP |
| 344 North Main Street | 101 Arch Street, Suite 1930 |
| Andover, MA 01810 | Boston, MA 02110 |
| Telephone: (978) 475-7580 | Telephone: (617) 748-5200 |
| Fax: (978) 475-1881 | stewartc@whiteandwilliams.com |
| rgilbert@gilbertandrenton.com | fullerv@whiteandwilliams.com |
| ddangelo@gilbertandrenton.com | |

Date:  April 11, 2016

## CERTIFICATE OF SERVICE

I, Dennis N. D'Angelo, hereby certify on this 11th day of April, 2016, I filed the foregoing on the CM/ECF system and thereby caused it to be served on all counsel of record in this case.  I further certify that I served the foregoing by electronic mail on all counsel of record.

/s/ Dennis N. D'Angelo
Dennis N. D'Angelo